UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZANE HUBBARD,<br><br>        Petitioner,<br><br>   v.<br><br>MICHAEL J. SENG,<br><br>        Respondent. | 1:13 -cv-2099 JLT (HC)<br><br>ORDER OF RECUSAL |

Because Magistrate Judge Michael J. Seng, a colleague of the assigned Magistrate Judge, is named as the respondent in this matter, the Court must recuse itself. Moreover, this recusal order applies to the entirety of the Eastern District of California given Judge Seng is a sitting judge of this District. Therefore, the Court **ORDERS**:

    1.    The entire bench of the Eastern District of California is **RECUSED**;

    2.    The matter is requested to be reassigned by the Ninth Circuit to a judge who does not sit in the Eastern District of California;

///

///

///

///

///

1

3. The Clerk is DIRECTED to serve a copy of this order on the Clerk of the Court, Marianne Matherly.

IT IS SO ORDERED.

Dated:   **December 30, 2013**          **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE