UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZANE HUBBARD,<br><br>  Petitioner,<br><br>  v.<br><br>MICHAEL J. SENG,<br><br>  Respondent. | No. CV 13-2099-RT<br><br>ORDER DENYING PETITIONER'S CERTIFICATE OF APPEALABILITY |

On May 19, 2014, petitioner Zane Hubbard filed a Notice of Appeal. On July 10, 2014, the United States Court of Appeals for the Ninth Circuit remanded this case to the district court for the limited purpose of granting or denying a certificate of appealability. The Court has reviewed the matter. IT IS HEREBY ORDERED that the Certificate of Appealability is DENIED for the following reason: there has been no substantial showing of the denial of a constitutional right.

Dated: JUL 1 7 2014

ROBERT J. TIMLIN
_____
THE HONORABLE ROBERT J. TIMLIN, JUDGE

1